**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.   CR 05-3058 |
| | ) | |
| vs. | ) | Title 18, United States Code, |
| | ) | Section 228(a)(3) |
| TROY E. POWERS, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

NOW COMES Howard A. Peters IV of the law firm of SCOTT & SCOTT, P.C. and hereby enters his and its appearance as attorneys of record in the above-captioned cause on behalf of the Defendant, TROY E. POWERS.

Respectfully submitted,

TROY E. POWERS, Defendant,


By:  s/ Howard A. Peters IV
SCOTT & SCOTT, P.C., his attorneys


PREPARED BY:
Howard A. Peters IV
SCOTT & SCOTT, P.C.
Attorneys at Law
611 East Monroe Street, Suite 200
Springfield, Illinois  62701
Telephone:  (217) 753-8200

```
STATE OF ILLINOIS        )
                         )  ss.
COUNTY OF SANGAMON       )
```

### CERTIFICATE OF SERVICE

I hereby certify that on September 16, 2005, I electronically filed the foregoing with the Clerk of the U.S. District Court of Illinois using the CM/ECF system which will send notification of such filing.

                                    s/ Brenda Ann Brooker

Subscribed and sworn to before me this 16th day of September, A.D., 2005.

                                    s/ Susan Greenwalt
                                        NOTARY PUBLIC