AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

RECEIVED
2005 SEP 15 P 4:27
US MARSHALS SERVICE

UNITED STATES OF AMERICA

FILED
SEP 2 0 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

V.

TROY POWERS

## WARRANT FOR ARREST

Case Number: 05-3058-m

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __TROY POWERS__
                                        Name

and bring him forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ■ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him with (brief description of offense)

conspiracy to distribute cocaine

in violation of Title 21 United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846.

Byron G. Cudmore
Name of Issuing Officer

s/ Byron G. Cudmore
Signature of Issuing Officer

U.S. MAGISTRATE JUDGE
Title of Issuing Officer

September 14, 2005, Springfield, Illinois  2:10PM
Date and Location

BAIL FIXED AT $ __NO BAIL__   by   __BYRON G. CUDMORE__
                                    Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above named defendant at __Pontiac, IL__

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 9-15-05 | Tom Bonnett | [signature] |
| Date of Arrest | Title of Arresting Officer | |
| 9-13-05 | DEA | |