E-FILED
Friday, 07 October, 2005  02:02:14 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

**FILED**
OCT 0 5 2005
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CRIM. NO. 05-300 91 |
|  | ) VIO: 21 U.S.C. §§ 841(a)(1), |
|  | ) (b)(1)(A), & 846. |
| TROY POWERS, | ) |
| Defendant. | ) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count I

From on or about 2004, and continuing through September 7, 2005, in Sangamon County, in the Central District of Illinois, the defendant,

**TROY POWERS,**

knowingly and intentionally conspired with others unnamed herein, to distribute a controlled substance, namely five or more kilograms of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and 846.

### Count II

On or about September 7, 2005, at Sangamon County, in the Central District of Illinois, the defendant,

**TROY POWERS,**

knowingly and intentionally distributed a controlled substance, namely cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Section 841(a)(1).

A TRUE BILL,

s/foreperson
_____
FOREPERSON

s/Patricia McInerney
_____
JAN PAUL MILLER
UNITED STATES ATTORNEY

GMG