E-FILED
Friday, 02 December, 2005 04:07:26 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | No.   CR 05-3058 |
| ) | |
| vs. ) | |
| ) | |
| TROY E. POWERS, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE PRE-TRIAL CONFERENCE**

NOW COMES Defendant, TROY E. POWERS, by and through his Attorneys, SCOTT & SCOTT, P.C., and hereby moves for a continuance of the pre-trial conference date and in support thereof, states as follows:

1.  That on December 1, 2005, Defendant was scheduled for a pre-trial conference.

2.  That Defendant's counsel has recently received discovery from the Government related to the above-entitled action and requires additional time to analyze said discovery. Further, defense counsel requires additional time to propound written discovery upon the Government regarding the instant matter.

3.  That due to Defendant's cooperation regarding other matters before this Court, it is impracticable for this pre-trial conference to commence.

1

4. That defense counsel has communicated with the Government and finds no objection to a continuance of this matter.

5. That based upon the above and foregoing, Defendant requests that this matter be continued to a date certain in March 2006.

6. That no prejudice will be suffered by the Government as a result of the requested continuance of the pre-trial conference, and this motion is made in good faith and not for the purposes of delay.

WHEREFORE, Defendant, TROY E. POWERS, prays this Honorable Court grant him a continuance of the pre-trial conference up through and including March 30, 2006, and for such other, further or different relief as the Court deems just.

Respectfully submitted,

TROY E. POWERS, Defendant,

By: s/ Howard A. Peters IV
SCOTT & SCOTT, P.C., his attorneys

PREPARED BY:
Howard A. Peters IV (06275688)
SCOTT & SCOTT, P.C.
Attorneys at Law
611 East Monroe Street, Suite 200
Springfield, Illinois 62701
Telephone: (217) 753-8200

2

|                    |   |
|--------------------|---|
| STATE OF ILLINOIS  | ) |
|                    | ) ss. |
| COUNTY OF SANGAMON | ) |

### CERTIFICATE OF SERVICE

    I hereby certify that on December 2, 2005, I electronically filed the foregoing with the Clerk of the U.S. District Court of Illinois using the CM/ECF system which will send notification of such filing.

                                      s/ Brenda Ann Brooker

Subscribed and sworn to before me this 2nd day of December, A.D., 2005.

                                      s/ Susan Greenwalt
                                        NOTARY PUBLIC