E-FILED
Friday, 02 December, 2005   04:01:33 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-30091 |
| | ) | |
| TROY POWERS, | ) | |
| | ) | |
| Defendant. | ) | |

## OPINION

The Court now considers the Defendant's Motion to Continue his final pretrial conference (d/e 7). In support of his motion, the Defendant states:

1. Defendant's final pretrial conference was scheduled for December 1, 2005;

2. Defense counsel recently received discovery from the Government and requires additional time to analyze the materials;

3. Defense counsel requires additional time to propound written discovery upon the Government regarding the instant matter;

1

3.  The Defendant asks that this the final pretrial conference be continued through and including March 30, 2006;

4.  The Government does not object to a continuance.

Based on the foregoing facts, the Court finds the ends of justice served by granting a continuance outweigh the best interest of the public and the Defendant in a speedy trial.  See 18 U.S.C. § 3161(8)(a).

Ergo, the Defendant's Motion to Continue (d/e 7) is ALLOWED.  The Final Pretrial Conference and Trial dates are CANCELLED.  The Final Pretrial Conference is RESCHEDULED for April 3, 2006, at 1:30 p.m.  The Trial is RESET for May 2, 2006, at 10:00 a.m.

IT IS SO ORDERED.

ENTERED:  December 2, 2005

FOR THE COURT BY:

                                          s/ Richard Mills
                                          United States District Judge