UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | No.:  05-CR-30091 |
| TROY E. POWERS, ) | |
| ) | |
| Defendant. ) | |

**MOTION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATE**

NOW COMES Defendant, TROY E. POWERS, by and through his Attorneys, SCOTT & SCOTT, P.C., and hereby moves for a continuance of the pre-trial conference date and the Trial Date and in support thereof, states as follows:

1. That a pre-trial conference has been scheduled for April 3, 2006, and a trial date ha been scheduled for May 2, 2006.

2. That Defendant's counsel and Government's counsel are presently in plea negotiations related to the above entitled action and require additional time to complete said negotiations.

3. That due to present plea negotiations, it is impracticable and contrary to judicial economy for the pre-trial conference to commence.

4. That defense counsel has communicated with the government and finds no objection to a continuance to this matter.

5. That based upon above and foregoing, Defendant requests that these matters be continued for 30 days.

6.      That no prejudice will be suffered by the government as a result of the requested continuance of the pre-trial conference and trial date and this Motion is made in good faith and not for purposes of delay.

WHEREFORE, Defendant, TROY E. POWERS, prays this Honorable Court grant him a continuance of the pre-trial conference and trial date for approximately 30 days and for such other, further or different relief as the Court deems just.

                Respectfully submitted,

                TROY E. POWERS, Defendant,


                By:    s/ Howard A. Peters IV
                      SCOTT & SCOTT, P.C., his attorneys

PREPARED BY:
Howard A. Peters IV (06275688)
SCOTT & SCOTT, P.C.
Attorneys at Law
611 East Monroe Street, Suite 200
Springfield, Illinois  62701
Telephone:  (217) 753-8200

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss. |
| COUNTY OF SANGAMON | ) |

### CERTIFICATE OF SERVICE

    I hereby certify that on March 31, 2006, I electronically filed the foregoing with the Clerk of the U.S. District Court of Illinois using the CM/ECF system which will send notification of such filing.

                                                s/ Janet M. Smith

Subscribed and sworn to before me this 31st day of March, A.D., 2006.

                                                s/ Susan Greenwalt
                                                  NOTARY PUBLIC