**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | No.   05-CR-30091 |
| ) | |
| vs.   ) | |
| ) | |
| TROY E. POWERS,   ) | |
| ) | |
| Defendant.   ) | |

**MOTION TO CONTINUE PRE-TRIAL CONFERENCE AND TRIAL DATE**

NOW COMES Defendant, TROY E. POWERS, by and through his Attorneys, SCOTT & SCOTT, P.C., and hereby moves for a continuance of the pre-trial conference date and the trial date, and in support thereof, states as follows:

1. That a pre-trial conference was originally scheduled for April 3, 2006, and a trial date was scheduled for May 2, 2006.

2. Prior to said dates, defense counsel, by agreement with the Government, presented this Court with a Motion to Continue the pre-trial conference and trial dates.

3. This Court granted Defendant's Motion to Continue the Pre-Trial Conference and Trial Date and set the pre-trial conference date for May 11, 2006.

4. That on April 28, 2006, the Government's counsel facsimiled a first draft of a plea offer to defense counsel for review.

1

5. That as a result, defense counsel and Government's counsel presently continue in plea negotiations related to the above-entitled action and require additional time to complete said negotiations.

6. That due to present plea negotiations, it is impracticable and contrary to judicial economy for the pre-trial conference to commence.

7. That defense counsel has communicated with Government and finds no objection to a continuance to this matter.

8. That Defendant is presently housed in the Sangamon County Jail, County of Sangamon, State of Illinois.

9. That defense counsel continues to require Defendant to be housed at said facility in order to facilitate continuing plea negotiations.

10. That this Court has previously directed the United States Marshall to transport Defendant to said facility for purposes of said plea negotiations.

11. That based on the above and foregoing, Defendant requests that these matters be continued for not less than 45 days.

12. That Defendant further requests to continue to be housed uninterrupted at the Sangamon County Jail, County of Sangamon, State of Illinois, for the purposes of continuing plea negotiations.

13.  That no prejudice will be suffered by the Government as a result of the requested continuance of the pre-trial conference and trial date, and this motion is made in good faith and not for purposes of delay.

WHEREFORE, Defendant, TROY E. POWERS, prays this Honorable Court grant him a continuance of the pre-trial conference and trial date for approximately 45 days, and that this Court orders the United States Marshall to continue to house Defendant at Sangamon County Jail, County of Sangamon, State of Illinois, uninterrupted for purposes of continued plea negotiation, and for such other, further or different relief as the Court deems just and equitable.

Respectfully submitted,

TROY E. POWERS, Defendant,

By: s/ Howard A. Peters IV
SCOTT & SCOTT, P.C., his attorneys

PREPARED BY:
Howard A. Peters IV (06275688)
SCOTT & SCOTT, P.C.
Attorneys at Law
611 East Monroe Street, Suite 200
Springfield, Illinois  62701
Telephone:  (217) 753-8200

3

```
STATE OF ILLINOIS          )
                           )  ss.
COUNTY OF SANGAMON         )
```

## CERTIFICATE OF SERVICE

    I hereby certify that on May 5, 2006, I electronically filed the foregoing with the Clerk of the U.S. District Court of Illinois using the CM/ECF system which will send notification of such filing.

                                            s/ Brenda Ann Brooker

Subscribed and sworn to before me this 5th day of May, A.D., 2006.

                                            s/ Susan Greenwalt
                                                  NOTARY PUBLIC