UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CRIMINAL NO. 05-30091 |
| TROY E. POWERS, | ) ) ) |
| Defendant. | ) ) |

### GOVERNMENT'S NOTICE OF PRIOR CONVICTION

The United States of America by its attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Assistant United States Attorney Gregory M. Gilmore, file the following notice of prior conviction, and in support thereof state:

The defendant was convicted of conspiracy to distribute controlled substances including cocaine and cocaine base in U.S. District Court, Springfield Division, on November 18, 1994, in case number 93-30057, and received a sentence of 128 months to the Bureau of Prisons.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

 /s/ Gregory M. Gilmore
Gregory M. Gilmore
Assistant United States Attorney
318 South 6th Street
Springfield, Illinois 62701
Tel: 217/492-4450
greg.gilmore@usdoj.gov
Reg. No. 6217499

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Howard Peters

s/ Gregory M. Gilmore