**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.   05-CR-30091 |
| | ) | |
| vs. | ) | |
| | ) | |
| TROY E. POWERS, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION TO CONTINUE SENTENCING HEARING

NOW COMES Defendant, TROY E. POWERS, by and through his Attorneys, SCOTT & SCOTT, P.C., and hereby moves for a continuance of the sentencing date, and in support thereof, states as follows:

1.   That on June 29, 2006, Defendant pled guilty in the above-entitled matter.

2.   That Defense Counsel, along with Probation Officer, Vincent Kistner, met with Defendant regarding preparation of his Pre-Sentencing Report.

3.   That as part of the Pre-Sentencing Report, Defendant's financial information is relevant and required.

4.   That Defendant continues to compile said information for submission to the United States Probation Office.

5.   That Defense Counsel has received a copy of the draft pre-sentencing report absent the financial information that is required.

1

6. That Defense Counsel has communicated with the U.S. Probation office and finds no objection to a continuance on this matter.

7. Further, Defense Counsel has communicated with the U.S. Government and finds no objection to a continuance of this matter.

8. That based upon the above and foregoing, Defendant requests that all dates regarding the pre-sentencing report and sentencing of Defendant be continued to a date certain, approximately 30 days from the presently scheduled FRCP(32)f date and sentencing date which is set for October 19, 2006.

9. That no prejudice will be suffered by the U.S. Government as the result of the requested continuance of the sentencing date, and this Motion is made in good faith and not for the purposes of delay.

WHEREFORE, Defendant, TROY E. POWERS, prays this Honorable Court grant him a continuance of the sentencing hearing up, through and including November 19, 2006, and for such other, further or different relief as the Court deems just and equitable.

Respectfully submitted,

TROY E. POWERS, Defendant,

By: s/ Howard A. Peters IV
SCOTT & SCOTT, P.C., his attorneys

PREPARED BY:
Howard A. Peters IV (06275688)
SCOTT & SCOTT, P.C.
Attorneys at Law
611 East Monroe Street, Suite 200
Springfield, Illinois  62701
Telephone:  (217) 753-8200

```
STATE OF ILLINOIS         )
                          )  ss.
COUNTY OF SANGAMON        )
```

### CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2006, I electronically filed the foregoing with the Clerk of the U.S. District Court of Illinois using the CM/ECF system which will send notification of such filing.

                                            s/ Brenda Ann Brooker

Subscribed and sworn to before me this 27th day of September, A.D., 2006.

                                            s/ Susan Greenwalt
                                                NOTARY PUBLIC