UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CRIMINAL NO. CR05-30091 |
| | ) |
| TROY POWERS, | ) |
| | ) |
| Defendant. | ) |

**POSITION WITH RESPECT TO SENTENCING FACTORS**

Now comes the United States of America by its attorneys, Rodger A. Heaton, United States Attorney, Central District of Illinois, and Gregory M. Gilmore, Assistant United States Attorney, and hereby provides it's Position With Respect To Sentencing Factors follows:

*I.    Advisory Sentencing Guidelines and Statutory Terms*

1. The applicable Sentencing Guideline adjusted offense level is 29.

2. The applicable Sentencing Guideline criminal history category is III.

3. The resulting applicable advisory Sentencing Guideline range is 108 to 135 months. However, there is a mandatory minimum sentence for count one of 20 years in prison, therefore, the guideline imprisonment range is 240 months.

4. The statutory maximum term is life imprisonment.

5. There is a mandatory minimum term of supervised release of 10 years. The maximum term of supervised release is life.

6. The statutory maximum fine is $10,000,000 ($8,000,000 for count one and $2,000,000 for count two). The applicable Sentencing Guideline fine range is $15,000 to $10,000,000. Based upon paragraphs 57 through 59 of the presentence report (PSR), it is unclear if the defendant has the ability to pay a fine.

7. Restitution is not applicable.

II.   *Objections to the Pre-Sentence Report*

8. The United States has no objections to the Pre-Sentence Report.

9. The United States is unaware of any objections to the Pre-Sentence Report by the defendant.

10. The United States anticipates making a motion for a downward departure based upon substantial assistance.

Respectfully submitted,

RODGER A. HEATON
UNITED STATES ATTORNEY

s/ Gregory M. Gilmore
Gregory M. Gilmore, Bar No. IL 6217499
Assistant United States Attorney
318 S. Sixth Street
Springfield, IL 62704
217/492-4450
FAX: 217-492-4044
Greg.Gilmore@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on October 17, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

      Howard A. Peters, IV, Esq.


s/ Gregory M. Gilmore

Gregory M. Gilmore, Bar No. IL 6217499
Assistant United States Attorney
318 S. Sixth Street
Springfield, IL 62704
217/492-4450
FAX: 217-492-4044
Greg.Gilmore@usdoj.gov