## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No.   05-30091-001 |
| | ) | |
| vs. | ) | Honorable Michael P. McCuskey |
| | ) | |
| TROY POWERS, | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

NOW COMES the law firm of SCOTT & SCOTT, P.C., by one of its partners, JAMES R. ENLOW, and respectfully requests that this Honorable Court grant them leave to withdraw their appearance as attorneys of record for Defendant, TROY POWERS, and in support thereof, states as follows:

1.  Defendant, Troy Powers, engaged the law firm of Scott & Scott, P.C., and one of its attorneys, Howard A. Peters IV to represent him regarding the investigation and subsequent charges filed in this cause, and, thereafter, Mr. Peters, on behalf of the firm, entered his appearance in this cause and has represented Defendant herein.

2.  On November 16, 2006, Howard A. Peters IV resigned his employment with Scott & Scott P.C, while this matter remained pending.

3.  That prior to his departure from his employment as an associate attorney with Scott & Scott, P.C., Howard A. Peters IV was the only attorney with the firm in whom the Defendant had confided and was the only attorney with the firm engaged in the area of practice involved in this proceeding.

4. Defendant's Sentencing Hearing is scheduled for December 5, 2006.

5. As a result of Mr. Peters' resignation from the firm, Scott & Scott, P.C. is unable to continue its representation of the Defendant in this matter.

WHEREFORE, SCOTT & SCOTT, P.C. respectfully requests that this Honorable Court allow them to withdraw as TROY POWERS' attorneys of record.

Respectfully submitted,

SCOTT & SCOTT, P.C.

By:    /s/ James R. Enlow
James R. Enlow, one of its partners

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss. |
| COUNTY OF SANGAMON | ) |

### CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2006, I electronically filed the foregoing with the Clerk of the U.S. District Court of Illinois using the CM/ECF system which will send notification of such filing.

The undersigned hereby further certifies that an exact copy of the above and foregoing instrument was served upon the parties of record as indicated below and addressed to:

Mr. Troy A. Powers
101 West Washington
Clinton, Illinois  61727
(via Regular & Certified Mail)

Ms. Yvonne Gilchrese, Agent
1806 Brian Lane
Springfield, Illinois  62703

on this 30th day of November, A.D., 2006.

/s/ Brenda Ann Brooker

Subscribed and sworn to before me this 30th day of November, A.D., 2006.

/s/ Erin K. Biggerstaff
NOTARY PUBLIC

PREPARED BY:
James R. Enlow (06199891)
SCOTT & SCOTT, P.C.
Attorneys at Law
611 East Monroe Street, Suite 200
Springfield, Illinois  62701
Telephone:  (217) 753-8200

3